[No. 36471-5-I.    Division One.    April 28, 1997.]

RENTON CONCRETE RECYCLERS, *Appellant*, v. BOARD OF INDUSTRIAL INSURANCE APPEALS, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 94-2-12509-5, LeRoy McCullough, J., entered March 16, 1995. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster and Becker, JJ.

[No. 36643-2-I.    Division One.    April 28, 1997.]

BETTY L. BURNS, *Respondent*, v. THOMAS M. BURNS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-3-04671-7, Edward Heavey, J. Pro Tem., entered April 18, 1995. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Kennedy, A.C.J., and Webster, J.

[No. 36996-2-I.    Division One.    April 28, 1997.]

GEORGE P. BASTAICH, *Appellant*, v. KENWORTH NORTHWEST, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 93-2-23005-2, Robert S. Lasnik, J., entered June 14, 1995. *Affirmed* by unpublished opinion per Agid, J., concurred in by Cox and Ellington, JJ.

[No. 37016-2-I.    Division One.    April 28, 1997.]

SEATTLE-FIRST NATIONAL BANK, *Respondent*, v. CRYSTAL & GOLD, LTD., ET AL., *Appellants.*

Appeal from judgments of the Superior Court for King County, No. 94-2-15173-8, Steven G. Scott, Richard D. Eadie, and R. Joseph Wesley, JJ., entered August 25, 1994, July 21 and September 14, 1995. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Kennedy, A.C.J., and Webster, J.